USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 8/13/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. KENNEY,

Plaintiff,

-against-

UNITED BROTHERHOOD OF CARPENTERS, et al.,

Defendant.

26-CV-5213 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On July 8, 2026, this Court ordered plaintiff to file an Amended Complaint no later than August 7, 2026. *See* 7/8/26 Order (Dkt. 7) at 2-3. That date has come and gone, but plaintiff has not filed an Amended Complaint in this matter.

In recognition that plaintiff is proceeding pro se, the Court hereby EXTENDS plaintiff's deadline to file his amended complaint to **August 28, 2026**. **If plaintiff fails to submit his Amended Complaint by August 28, 2026, the Court may dismiss this action for failure to prosecute.**

As explained in greater detail in this Court's 7/8/26 Order, because the Amended Complaint will completely replace (not supplement) his original Complaint, any facts or claims that plaintiff wants to include from the original Complaint must be set forth in the Amended Complaint. Plaintiff must caption the document "Amended Complaint," and label it with the docket number of this action: 26-CV-5213. Before filing the Amended Complaint, plaintiff must redact (black out) his social security number and other protected information. *See* Fed. R. Civ. P. 5.2(a).

Dated: New York, New York
August 13, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**