USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/3/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. KENNEY,

Plaintiff,

-against-

UNITED BROTHERHOOD OF CARPENTERS, et al.,

Defendant.

26-CV-5213 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On August 25, 2026, the Court received two copies of an undated letter from pro se plaintiff Michael J. Kenney, requesting "a continuation to file the amend[ed] complaint . . . [t]o September 28, 2026." Dkts. 9 & 10 at ECF p. 1. He also states that he "will need a copy of the sealed complaint to amend the original complaint." *Id.* One of the copies of the letter attaches a document titled "Amended Complaint," *See* Dkt. 9-1, which includes a letter to an "Appeals Officer," *id.* at ECF pp. 5-6, but otherwise omits many of the facts (and all of the documents) that plaintiff included with his original complaint.

The Court construes plaintiff's letter as requesting an extension of his deadline to file his amended complaint. The Court GRANTS plaintiff's request for an extension. No later than **September 28, 2026**, plaintiff must file his amended complaint. As explained in greater detail in the Court's Order dated July 8, 2026, because the Amended Complaint will completely replace (not supplement) his original Complaint, any facts or claims that plaintiff wants to include from the original Complaint must be set forth in the Amended Complaint. Plaintiff must caption the document "Amended Complaint," and label it with the docket number of this action: 26-CV-5213. Before filing the Amended Complaint, plaintiff must redact (black out) his social security number and other protected information. *See* Fed. R. Civ. P. 5.2(a).

The Clerk of Court is respectfully directed to mail plaintiff a complete copy of his sealed complaint, including exhibits (Dkts. 1 and 1-1), to 89 Clay Street, North Brunswick, NJ 08902. Plaintiff is advised, however, that, going forward, he should retain his own copies of any documents that he files with the Court.

Dated: New York, New York
September 3, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**