USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 10/8/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. KENNEY,

Plaintiff,

-against-

UNITED BROTHERHOOD OF CARPENTERS, et al.,

Defendant.

26-CV-5213 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On September 3, 2026, this Court extended the pro se plaintiff's deadline to file his amended complaint to September 28, 2026, and directed the Clerk of Court to mail plaintiff a complete copy of his previously-filed sealed complaint. *See* Dkt. 11. In an undated letter filed on September 24, 2026, plaintiff advised the Court that he had not yet received a copy of his sealed complaint. *See* Dkt. 12. On September 25, 2026, one day later, a copy of plaintiff's sealed complaint was delivered to his address of record.[1] However, plaintiff has not yet filed any amended complaint.

The Court *sua sponte* EXTENDS plaintiff's deadline to file his amended complaint to **October 22, 2026**. As explained in greater detail in the Court's Order dated July 8, 2026, because the Amended Complaint will completely replace (not supplement) his original Complaint, any facts or claims that plaintiff wants to include from the original Complaint must be set forth in the Amended Complaint. Plaintiff must caption the document "Amended Complaint," and label it with the docket number of this action: 26-CV-5213. Before filing the Amended Complaint, plaintiff must redact (black out) his social security number and other protected information. *See* Fed. R. Civ. P. 5.2(a).

No further extensions of this deadline will be granted absent the compelling circumstances.

Dated: New York, New York
October 8, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**

[1] The docket in this case reflects that the copy of the sealed complaint was mailed via UPS, with the following tracking number: 1ZE22E530391268739.